IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DONALD A. RALPH,** | : | **CIVIL ACTION NO. 1:14-CV-01230** |
| Plaintiff | : | **(Chief Judge Conner)** |
| vs. | : | |
| **CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SOCIAL SECURITY,** | : | |
| Defendant | : | |

## ORDER

AND NOW, this 11th day of May, 2015, in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court shall enter judgment in favor of Donald A. Ralph with respect to his claim for DIB and SSI benefits and against the Commissioner of Social Security, as follows:

    The Commissioner shall conduct a new administrative hearing, appropriately evaluate the medical evidence and the credibility of Ralph, and fully develop the record.

2. The Clerk of Court is directed to CLOSE this case.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania