# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DONALD A. RALPH,** | : | CIVIL ACTION NO. 1:14-CV-1230 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **NANCY A. BERRYHILL**, Acting Commissioner of Social Security, | : | |
| Defendant | : | |

## **ORDER**

AND NOW, this 20th day of July, 2018, upon consideration of plaintiff's motion for attorney's fees pursuant to Section 206(b)(1) of the Social Security Act, 42 U.S.C. § 406(b)(1), and there being no objection by counsel for the defendant, it is hereby ORDERED as follows:

1. That the court authorizes payment to Katherine L. Niven, Esq., in the amount of Five Thousand and Seven Hundred and Thirty-One Dollars and 00/00 cents ($5,731.00) in attorney's fees being withheld from plaintiff's past-due benefits for court-related services.

2. Upon receive of this sum, plaintiff's counsel shall remit Four Thousand and Six Hundred dollars and 00/00 cents ($4,600.00) directly to plaintiff, representing the sum already paid to plaintiff's counsel on plaintiff's behalf pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

    /S/ CHRISTOPHER C. CONNER  
Christopher C. Conner, Chief Judge  
United States District Court  
Middle District of Pennsylvania